## SUTRO v. LINCOLN COUNTY.

### LUNING CO. v. SAME.

(Circuit Court, D. Nevada. June 18, 1894.)

### Nos. 578 and 582.

These were two actions—one by Charles Sutro, the other by the Luning Company—against Lincoln county, each on a judgment against the county. Each case was submitted to the court on an agreed statement of facts, and a jury was waived.

Freeman & Bates, for plaintiff Sutro.

J. P. Langhorne, for plaintiff Luning Co.

Trenmor Coffin and Geo. S. Sawyer, for defendant.

HAWLEY, District Judge. The principles announced in Vincent v. Lincoln Co., 62 Fed. 705, are decisive of the questions raised in these cases. Upon the authority of that case, judgment is hereby directed to be entered in favor of the plaintiffs herein, as prayed for in the respective complaints.